UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIES WEBB,

        Plaintiff,

   v.

WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., et al.,

        Defendants.

_____/

NO. CIV. S-11-0516 LKK/GGH

O R D E R

Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., in the above captioned case filed a motion to dismiss and a motion to strike which are set to be heard on April 11, 2011. Pursuant to Local Rule 230(c), plaintiff Francies Webb's oppositions or statements of non-opposition were due on March 28, 2011. Plaintiff has not filed an opposition or a statement of non-opposition.

Based on the above, the court ORDERS as follows:

1.    Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance

1

1 with Local Rule 110, including a fine of $150 and/or
2 dismissal of this case, for their failure to file an
3 opposition or statement of non-opposition to the
4 motions. See also Fed. R. Civ. P. 41(b), Link v. Wabash
5 R.R., 370 U.S. 626, 633 (1962). Counsel shall file a
6 response to this order to show cause no later than April
7 11, 2011.
8 2. Hearing on defendant's motions to dismiss and to strike
9 (Doc. Nos. 6, 7) are CONTINUED to April 25, 2011 at
10 10:00 a.m.
11 3. Plaintiff shall file and serve his oppositions or
12 statements of non-opposition on or before April 11,
13 2011. Defendant may file and serve its replies no later
14 than April 18, 2011.
15 IT IS SO ORDERED.
16 DATED: April 1, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2