1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
FRANCIES WEBB,
10
                                    NO. CIV. S-11-0516 LKK/GGH
11           Plaintiff,

12      v.
                                        O R D E R
13 WACHOVIA MORTGAGE, a
   division of WELLS FARGO
14 BANK, N.A., et al.,

15
             Defendants.
16 _____/

17      A hearing on defendant Wachovia's motion to dismiss (ECF No.

18 6), and motion to strike (ECF No. 7) is currently set for April 25,

19 2011. The court does not find oral argument on these motions to be

20 necessary. Additionally, on April 1, 2011 the court ordered

21 plaintiff's counsel to show cause by April 11, 2011 why sanctions

22 of $150 should not issue for failure to file an opposition or

23 statement of non-opposition to defendant's motion to dismss.

24 Plaintiff's counsel filed an opposition on April 12, 2011 but did

25 not respond to the court's order to show cause.

26      Accordingly, the court orders as follows:

                                1

[1] The hearing currently set for April 25, 2011 is VACATED.

[2] The court ORDERS that counsel for plaintiff is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order. Counsel shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

[3] Counsel for plaintiff is FURTHER ORDERED TO SHOW CAUSE in writing why this case should not be dismissed as a sanction, in accordance with Local Rule 110, for plaintiffs' failure to respond to the April 1, 2011 order to show cause. See also Fed. R. Civ. P. 41(b), Link v. Wabash R.R., 370 U.S. 626, 633 (1962). Counsel shall file a response to this order to show cause no later than May 3, 2011. Failure to timely file a response to the order to show cause may result in dismissal of this action with prejudice.

IT IS SO ORDERED.

DATED:  April 20, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT