UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIES WEBB,

          Plaintiff,

    v.

WACHOVIA MORTGAGE, a
division of WELLS FARGO
BANK, N.A., et al.,

          Defendants.
_____/

NO. CIV. S-11-0516 LKK/GGH

O R D E R

    On May 2, 2011 a status conference was held in the above-captioned matter. Thomas K. Agawa, attorney for defendant NDeX West, LLC failed to attend the status conference. Accordingly, the court ORDERS as follows:

    [1] A new status conference is SET for June 27, 2011 at 2:30 p.m. before Judge Karlton in Chambers/Courtroom No. 4.

    [2] Thomas K. Agawa is ORDERED to personally appear at the status conference.

    [3] Thomas K. Agawa is hereby ORDERED TO SHOW CAUSE in writing within fourteen (14) days of the date of this order

1

1 why sanctions of $150 should not issue for failure to appear
2 at the status conference on May 2, 2011.
3 IT IS SO ORDERED.
4 DATED:  May 4, 2011.

```
                         /s/ Lawrence K. Karlton
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```