UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIES WEBB,

        Plaintiff,

   v.

WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., et al.,

        Defendants.
_____/

NO. CIV. S-11-0516 LKK/GGH

O R D E R

In light of plaintiff's counsel's intention to withdraw, further consideration of the status and motion to dismiss is deferred.

DATED: June 28, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1