UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIES WEBB,

        Plaintiff,

   v.

WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., et al.,

        Defendants.
_____/

NO. CIV. S-11-0516 LKK/GGH

O R D E R

In accordance with the November 2, 2011 order granting plaintiff's counsel's motion to withdraw, plaintiff is GRANTED one hundred and twenty (120) days to find replacement counsel and notify the court of the name of her new counsel or if she elects to proceed pro se.  See L.R. 183.  Failure to notify the court within 120 days may result in dismissal of this case for lack of prosecution.

    IT IS SO ORDERED.

    DATED: November 3, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT