UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIES WEBB,

        Plaintiff,

   v.

WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., et al.,

        Defendants.

NO. CIV. S-11-0516 LKK/GGH

O R D E R

/

This court previously granted plaintiff's counsel's motion to withdraw. In counsel's motion to withdraw, filed on September 28, 2011, counsel stated that he had attempted to contact plaintiff by telephone and letter, and that plaintiff had not responded.

On November 4, 2011, this court issued an order granting plaintiff one hundred twenty (120) days to find replacement counsel and notify the court of the name of her new counsel, or if she elects to proceed without counsel. ECF No. 36. The order cautioned plaintiff that failure to notify the court may result in dismissal of this case for lack of prosecution. Id. The 120 days expired on

1

March 3, 2012, and plaintiff has not notified the court of her new counsel or election to proceed without counsel.

A district court may dismiss an action for plaintiff’s failure to prosecute or to comply with the Federal Rules of Civil Procedure or with a court order.” Fed. R. Civ. P. 41(b). District courts must “weigh several factors in determining whether to dismiss this case for lack of prosecution: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits and (5) the availability of less drastic sanctions.” Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986).

Defendant Wachovia filed a motion to dismiss the complaint in March 2011. The court has already delayed ruling on the motion several times due to plaintiff’s failure to file an opposition or statement of non-opposition. Plaintiff’s counsel was already monetarily sanctioned in this matter, and plaintiff has previously been cautioned that the case could be dismissed as s sanction for failure to comply with the Local Rules. The court finds that the following factors weigh in favor of dismissing this case: the public’s interest in expeditious resolution of litigation, the court’s need to manage its docket, and the availability of less drastic sanctions.

Accordingly, plaintiff’s action is DISMISSED without prejudice for lack of prosecution.

////

1      IT IS SO ORDERED.

2      DATED:   March 15, 2012.

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```